IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON CHANEY, ADC # 149079                                            PLAINTIFF

v.                     Case No. 4:11-cv-60-DPM

MARCUS VADEN, CHARLES
FINKENBINDER, and SCOTT
SPARKS                                                   DEFENDANTS

JUDGMENT

Chaney's complaint is dismissed with prejudice as to Vaden and Finkenbinder and without prejudice as to Sparks. An *in forma pauperis* appeal would not be in good faith.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 June 2011